**IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MARYLAND**
**Civil Division**

| | |
|---|---|
| Nicole Barber, Individually and | : |
| as Mother of Montell Barber (a Minor) | : |
| 1414 Iverson Street | : |
| Apt #202 | : |
| Oxon Hill, MD 20745 | : |
| | : |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| Washington Department of The Navy | : |
| Serve:  Ramona Smith | : |
| Legal Technician /Authorized Agent | : |
| 720 Kennon Street, SE, Bldg 233 | : |
| Washington, D.C. 20374 | : |
| | : |
| and | : |
| | : |
| Walter Reed National Military Medical Center | : |
| Serve: John M. McHugh | : |
| United States Secretary of the Army | : |
| 9620 Maryland Avenue, Suite #205 | : |
| Norfolk, VA 23511-2949 | : |
| | : |
| and | : |
| | : |
| Serve:  Brian E. Frosh | : |
| Attorney General for Maryland | : |
| 200 St. Paul Place | : |
| Baltimore, Maryland 21202 | : |
| | : |
| Defendants | : |

## COMPLAINT

COMES NOW Claimants, Nicole Barber, individually and as mother of Montell Barber (a

Minor)  by and through undersigned counsel,  Patrick J. Christmas and Associates, P.C., as and for their

Complaint against Defendants Department of the Navy (hereinafter "Navy") and Walter Reed National

Military Medical Center (hereinafter "Walter Reed"), hereby states as follows:

1

## JURISDICTION

1.      This claim exceeds the required jurisdictional amount of $30,000.00 and is filed pursuant to Md. Code Ann., Courts and Judicial Proceedings § 3-2A-01 *et seq.*

2.      This office has personal jurisdiction over each named Health Care Provider pursuant to Md. Code, Courts and Judicial Proceedings §§ 6-102 and 6-103.

3.      Venue lies in the United States District Court for the District of Maryland, Greenbelt Division, pursuant to 28 U.S.C § 1402.

4.      Plaintiffs having filed a Form 95, which was denied, and having exhausted any possible administrative remedy, this court has subject matter jurisdiction over this claim arising from Federal Torts Claim Act, 28 U.S.C. § 2675(a).

## PARTIES

5.      Nicole Barber is an adult resident of Maryland and the biological mother and legal guardian of Montell Barber.

6.      Defendant United States of America (hereafter "USA") pursuant to 42 U.S.C. § 233 (1)(1) represents the following individuals and entities: Walter Reed National Center, and all individual health care providers at those facilities.

## BACKGROUND

7.      Each of the preceding paragraphs is incorporated by reference herein.

8.      On or about August 9, 2013, Nicole Barber began treatment for prenatal care at Walter Reed National Military Medical Center.

9.      On or about August 9, 2013, Mrs. Barber began to display elevated blood pressure.

2

10.    On or about August 10, 2013, Mrs. Barber underwent delivery of her child, Montell Barber.

11.    August 20, 2013, Mrs. Barber presented to Walter Reed Medical Center where she was seen and treated by emergency room nurses.

12.    At that time, Mrs. Barber noted that her child's foot was bleeding and that a needle had been improperly inserted into Montell Barber's foot.

13.    Montell Barber was discharged on August 12, 2013 and sent by ambulance to Southern Maryland Hospital.

14.    On August 13, Montell Barber was sent by ambulance to Children's Hospital where he was admitted until August 23, 2013.

## FACTS

15.    Each of the preceding paragraphs is incorporated by reference herein.

16.    Claimant Nicole Barber individually and on behalf of Montell Barber brings a claim for medical negligence against USA.

17.    The Healthcare Providers, each and individually, had a duty to provide care and treatment that was consistent with the standard of care under the same or similar circumstances.

18.    The Healthcare Providers, their agents, servants and employees either did not use the degree of skill, care or judgment and expertise required of them in treating and managing Claimant Montell Barber. They thereby breached their duties of care owed to Claimant, including, but not limited to, the following duties:

> a.  Recognize that Montell Barber was suffering from the effects improperly placed needle in his foot.

3

b. Monitor and treat Montell Barber

19.	Claimants rely upon the doctrines of actual and apparent agency, and *respondent superior* where applicable.

20.	As a proximate and direct cause of the negligence of each of the Healthcare Providers, Nicole Barber suffered from an improperly placed needle in the foot of Montell Barber. Claimant has endured economic and non-economic damages, including significant and severe physical and mental anguish, past present and future medical treatment, and loss of earnings and economic capacity.

21.	USA, its agents, servants, employees, and deemed federal employees either did not possess the degree of skill, care, judgment and expertise required of them, or did not use the degree of skill, care, judgment and expertise required of them in treating and managing Claimant Nicole Barber on behalf of M.B. They thereby breached their duties of care owed to Claimant, including, but not limited to, the following duties:

a.	Failing to take steps to prevent Montell Barber from being injured due to improperly placed needle

b.	Being otherwise negligent.

22.	Claimants rely upon the doctrines of actual and apparent agency, and *respondent superior* where applicable.

23.	As a proximate and direct cause of the negligence of each of the USA, Montell Barber, permanent and severe injuries including developmental delay. Claimant Nicole Barber on behalf of M.B. has endured economic and non-economic damages, including significant and severe physical and mental anguish, past present and future medical treatment, and loss of earnings and economic capacity.

**WHEREFORE**, Claimant Nicole Barber seeks all damages allowed by law and pray an award be entered against each of the individual Health Care Providers and in her favor in excess of the jurisdictional amount of $30,000.00.

4

**WHEREFORE**, Claimants Nicole Barber on behalf of her son, Montell Barber and. seek all damages allowed by law and pray an award be entered against each of the individual Health Care Providers and in their favor in excess of the required jurisdictional amount of $30,000.00.

## LOSS OF SOLATIUM AND OF MINOR'S SERVICES
### Count III

24.     Claimants Nicole Barber individually and as mother of Montell Barber, individually adopt and incorporate each of the preceding paragraphs by reference herein.

25.     At all relevant times, Nicole Barber is the biological and legal parent of  Montell Barber

26.     As a proximate and direct result of the negligence of USA, Nicole Barber has suffered a loss of solarium, including but not limited to past, present and future mental and emotional loss and damages.

**WHEREFORE,** Claimants Nicole Barber, individually and as mother of Montell Barber (a Minor) seek all damages allowed by law and pray an award be entered against each of the individual Health Care Providers and in their favor in excess of the required jurisdictional amount of $30,000.00.


Respectfully submitted,


**PATRICK J. CHRISTMAS
AND ASSOCIATES, P.C.**


__/s/_____
Patrick J. Christmas, Esquire
8403 Colesville Road, Suite 640
Silver Spring, MD 20910
(301) 589-3009
*Counsel for Plaintiffs*